# EXHIBIT A

Exhibit A: Copyrighted Works

| Form Name | Revision Date (MN/YR) | URL | Copyright Registration No. |
|---|---|---|---|
| Agent Visual Inspection Disclosure | 04/11 | https://www.pdffiller.com/100092743 | TX 7-403-407 |
| Agent Visual Inspection Disclosure | 11/07 | https://www.pdffiller.com/28778803 | TX 6-942-259 |
| Agent Visual Inspection Disclosure | 11/07 | https://www.pdffiller.com/100121137 | TX 6-942-259 |
| Business Listing Agreement | 04/13 | https://www.pdffiller.com/206830583 | TX 7-786-037 |
| Buyer's Inspection Advisory | 10/02 | https://www.pdffiller.com/100094034 | TX 6-579-410 |
| Buyer's Vacant Land Additional Inspection Advisory | 11/13 | https://www.pdffiller.com/41011536 | TX 7-784-687 |
| California Residential Purchase Agreement and Joint Escrow Instructions | 11/14 | https://www.pdffiller.com/45904774 | TX 8-069-930 |
| California Residential Purchase Agreement and Joint Escrow Instructions | 04/13 | https://www.pdffiller.com/41199878 | TX 7-786-036 |
| California Residential Purchase Agreement and Joint Escrow Instructions | 10/02 | https://www.pdffiller.com/1034419 | TX 5-689-721 |
| California Residential Purchase Agreement and Joint Escrow Instructions | 04/10 | https://www.pdffiller.com/100110250 | TX 7-272-887 |
| California Residential Purchase Agreement and Joint Escrow Instructions | 01/06 | https://www.pdffiller.com/100051521 | TX 6-358-506 |
| California Residential Purchase Agreement and Joint Escrow Instructions | 04/10 | https://www.pdffiller.com/100107334 | TX 7-272-887 |
| Carbon Monoxide Detector Notice | 04/12 | https://www.pdffiller.com/15112168 | TX 7-707-089 |
| Cash for Keys Agreement | 04/09 | https://www.pdffiller.com/31706399 | TX 7-249-669 |
| Commercial Lease Agreement | 10/01 | https://www.pdffiller.com/1223550 | TX 5-559-030 |
| Commercial Property Agreement and Joint Escrow Instructions | 11/14 | https://www.pdffiller.com/50945566 | TX 8-069-918 |
| Commercial Property Agreement and Joint Escrow Instructions | 04/10 | https://www.pdffiller.com/100078567 | TX 7-281-600 |
| Contingency For Sale or Purchase of Other Property | 11/08 | https://www.pdffiller.com/100545424 | TX 7-308-227 |
| Cooperating Broker Compensation Agreement and Escrow Instructions | 04/09 | https://www.pdffiller.com/31706404 | TX 7-393-197 |

Exhibit A: Copyrighted Works

| | | | |
|---|---|---|---|
| Cooperating Broker Compensation Agreement and Escrow Instructions | 04/09 | https://www.pdffiller.com/100545399 | TX 7-393-197 |
| Counter Offer | 11/10 | https://www.pdffiller.com/6954854 | TX 7-389-924 |
| Counter Offer | 10/04 | https://www.pdffiller.com/100067754 | TX 6-122-838 |
| Exclusive Authorization For Vacation Rental | 04/02 | https://www.pdffiller.com/5507396 | TX 5-640-198 |
| Independent Contractor Agreement (Broker/Associate) | 11/13 | https://www.pdffiller.com/31706477 | TX 7-973-898 |
| Lease Listing Agreement | 11/13 | https://www.pdffiller.com/31706475 | TX- 7-704-906 |
| Lease/ Rental Mold and Ventilation Addendum | 04/05 | https://www.pdffiller.com/100118410 | TX 8-132-741 |
| Lease/Rental Mold and Ventilation Addendum | 04/05 | https://www.pdffiller.com/28859262 | TX 8-132-741 |
| Manufactured Home Purchase Agreement and Joint Escrow Instructions | 11/08 | https://www.pdffiller.com/40579305 | TX 7-308-346 |
| Market Conditions Advisory | 11/11 | https://www.pdffiller.com/100456758 | TX 7-569-691 |
| Market Conditions Advisory | 11/11 | https://www.pdffiller.com/100400140 | TX 7-569-691 |
| Notice of Termination of Tenancy | 11/07 | https://www.pdffiller.com/1358243 | TX 6-981-030 |
| Notice of Termination of Tenancy | 11/12 | https://www.pdffiller.com/5504029 | TX 7-755-366 |
| Notice to Prospective Buyers/Transferees | 04/09 | https://www.pdffiller.com/31706442 | TX 7-308-306 |
| Pet Addendum | 11/13 | https://www.pdffiller.com/31706463 | TX 7-845-678 |
| Pool, Hot Tub and Spa Addendum | 11/13 | https://www.pdffiller.com/31706461 | TX 7-845-676 |
| Probate Purchase Agreement and Joint Escrow Instructions | 01/06 | https://www.pdffiller.com/5728430 | TX 6-347-182 |
| Property Management Agreement | 11/12 | https://www.pdffiller.com/100111904 | TX 7-755-432 |
| Property Management Agreement | 04/11 | https://www.pdffiller.com/100071975 | TX 7-533-730 |
| Residential Income Property Purchase Agreement and Joint Escrow Instructions | 04/10 | https://www.pdffiller.com/100078566 | TX 7-390-574 |
| Residential Lease After Sale | 01/06 | https://www.pdffiller.com/31706371 | TX 6-375-751 |

Exhibit A: Copyrighted Works

| | | | |
|---|---|---|---|
| Residential Lease or Month to Month Rental Agreement | 12/13 | https://www.pdffiller.com/45951333 | TX 7-936-591 |
| Residential Lease or Month to Month Rental Agreement | 04/11 | https://www.pdffiller.com/100067765 | TX 7-533-721 |
| Residential Lease or Month to Month Rental Agreement | 01/06 | https://www.pdffiller.com/100108042 | TX 6-375-753 |
| Residential Lease or Month to Month Rental Agreement | 11/12 | https://www.pdffiller.com/28864829 | TX 7-703-668 |
| Residential Lease or Month to Month Rental Agreement | 04/11 | https://www.pdffiller.com/100280973 | TX 7-533-721 |
| Residential Listing Agreement (Exclusive) | 11/10 | https://www.pdffiller.com/6961590 | TX 7-784-291 |
| Residential Listing Agreement (Exclusive) | 11/13 | https://www.pdffiller.com/46645564 | TX 7-936-591 |
| Residential Listing Agreement (Exclusive) | 11/13 | https://www.pdffiller.com/31706491 | TX 7-936-591 |
| Residential Listing Agreement (Exclusive) | 11/13 | https://www.pdffiller.com/31706815 | TX 7-936-591 |
| Residential Listing Agreement- Exclusive | 10/04 | https://www.pdffiller.com/100113775 | TX 6-158-883 |
| Seller Financing Addendum and Disclosure | 10/02 | https://www.pdffiller.com/14863824 | TX5-759-266 |
| Seller Property Questionnaire | 11/11 | https://www.pdffiller.com/100377841 | TX 7-661-388 |
| Seller Property Questionnaire | 11/11 | https://www.pdffiller.com/100277785 | TX 7-661-388 |
| Seller Property Questionnaire | 11/09 | https://www.pdffiller.com/203132140 | TX 7-324-103 |
| Seller's Advisory | 11/13 | https://www.pdffiller.com/31706662 | TX 7-579-718 |
| Seller's Affidavit of Non-Foreign Status and/or California Withholding Exemption | 04/12 | https://www.pdffiller.com/49137787 | TX 8-050-339 |
| Single Party Compensation Agreement | 10/00 | https://www.pdffiller.com/28778683 | TX 5-450-919 |
| Trust Advisory | 04/08 | https://www.pdffiller.com/28778546 | TX 7-219-428 |
| Trust Advisory (Listing) | 04/11 | https://www.pdffiller.com/78881379 | TX 7-604-056 |
| Vacation Rental Agreement | 01/06 | https://www.pdffiller.com/5507399 | TX 6-353-426 |
| Water Heater and Smoke Detector Statement of Compliance | 11/07 | https://www.pdffiller.com/36957923 | TX 6-911-992 |
| Water Heater and Smoke Detector Statement of Compliance | 11/09 | https://www.pdffiller.com/100586138 | TX 7-358-109 |

Exhibit A: Copyrighted Works

| Wood destroying Pest Inspection and Allocation of Cost Addendum | 11/12 | https://www.pdffiller.com/100110248 | TX 7-692-097 |
| --- | --- | --- | --- |
| Wood Destroying Pest Inspection and Allocation of Cost Addendum | 04/10 | https://www.pdffiller.com/100560001 | TX 7-270-293 |

96944308\V-1