# EXHIBIT C



PDFfiller     HOME    API    SUPPORT    PRICING    LOG IN

Forms category   Regional   U.S. States   California   Metropolitan Areas   Los Angeles Metro   Real Estate   Organizations

# Fillable car form rpa ca 2014



### Description

Buyer s Initials Seller s Initials 1991-2014 California Association of REALTORS Inc. RPA-CA REVISED 11/14 PAGE 1 OF 10 Print Date CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT RPA-CA PAGE 1 OF 10 Property Address Date T AF H. CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT AND JOINT ESCROW INSTRUCTIONS ASSO CIATION OF REALTORS For Use With Single Family Residential Property Attached or Detached C. A. R. Form RPA-CA...

**Fill & Sign Online, Print, Email, Fax, or Download**     **Fill Online**

**Share purchase agreement joint escrow instructions Form**

Twitter   Facebook   LinkedIn

**Form was Filled by**

**89471** Users

Fill Online   eSign   eFax   Email   Add Annotations   Share

### Not the form you were looking for?

[ car form rpa ca ]    **Search**



**Shelby** - NC, United States
May 2, 2016

I have been very impressed with this service. I am able to get my job tasks done with ease thanks to PDFfiller.



**Fill & Sign Online, Print, Email, Fax, or Download**     **Fill Online**

### Related Content - ca residential purchase agreement

**PURCHASE AGREEMENT AND ESCROW INSTRUCTIONS - SEC**

PURCHASE AGREEMENT AND ESCROW INSTRUCTIONS. THIS PURCHASE AGREEMENT AND ESCROW INSTRUCTIONS ("Agreement") is made by and ...

**Simplified Purchase Agreement (SPA)**

The Simplified Purchase Agreement (SPA) is a streamlined printing ... Effective April 14, 2014, the SPA agreements used by each of GPO's central and regional ...

**OPTION AND PURCHASE AND SALE AGREEMENT AND ...**

This Option and Purchase and Sale Agreement and Escrow Instructions. (" Agreement") is entered into as of this ____ day of November, 2014 ("Effective Date "),.

### Keywords

car form rpa ca

residential purchase agreement california

car residential purchase agreement

california residential purchase agreement and joint escrow instructions

california real estate forms

real estate purchase agreement california

california residential purchase agreement 2016

real estate offer form   car form rpa ca revised 12 15

purchase agreement escrow instructions   car rpa ca

rpa ca

### Related Forms - ca purchase agreement

**Where in los angeles can i get a california purchase agreement and joi**

CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT AND JOINT ESCROW INSTRUCTIONS Fo r Use With Single Family Residential Property — Attached or Detached (C.A.R .

**0 Comments**                                                        Sort by  Oldest

Add a comment...

Facebook Comments Plugin

## What is a California Residential Purchase Agreement?

The California Residential Purchase Agreement, or RPA-CA, is a form with many purposes. These include...

- An offer to purchase property
- A completed contract (once it has been accepted by both seller/buyer and signed)
- A receipt for the money offered
- Instructions for the joint escrow agreement
- Instructions for mediation and arbitration of the deal
- Assignment of compensation to the realty brokers

The form is detailed enough to address almost all issues involved in the purchase and sale of property.

## In one sentence, what is the purpose of submitting this form?

The overall purpose of the RPA-CA form is to buy and sell realty in the state of California, and to protect the buyer, seller, and broker.

## What information do you need in order to complete this form?

The RPA-CA form is highly detailed, and requires many pieces of information. In summary, you'll need the following to complete the form…

- The date and location where the document is signed
- All financial details including the offer, initial deposit, loan amounts, balance of the purchase price, total purchase price, verification of down payment, and all contingencies
- Property occupancy information
- Allocation of costs
- Disclosure details
- Damage details
- Tax details
- Escrow details, when the offer will expire
- Broker compensation details
- All legal details and disclosures

For more detailed information on each section of the form, you can use the free PDF guide here.

## Who is the publisher/creator of the form?

This form was published by the California Association of Realtors.

## Who is the intended recipient of this form?

This form is intended to be received and used for reference by realtors, brokers, home buyers, home sellers, and realty lawyers.

---

### California residential purchase agreement 2002 form

C A L I F O R N I A ASSOCI ATION OF REALTORS® CAL IFORNIA RESIDENTIAL PURCHASE AGREEMENT AND JOINT ESCROW INSTRUCTIONS Fo r Use With Single Family Residential

### Air standard purchase agreement 2010 form

CALIFORNIA RESI DENTIAL PURCHASE AGREEMENT AND JOINT ESCROW INSTRUCTIONS Fo r Use With Single Family Residential Property â€" Attached or Detached (C.A.R .

### California residential purchase agreement form

Buyer's Inspection Advisory (C.A.R. Form BIA). Probate Advisory (C.A.R. Form PAK). Statewide Buyer and Seller Advisory (C.A.R. Form SBSA). Trust Advisory

### Car form bia

BUYER'S INSPECTION ADVISORY (C.A.R . Form BIA-B, Revised 10/02) A. IMPORTANCE OF PROPERTY INVESTIGATION: The physical condition of the land and improvements

### Ca realtor offer form 2010

For use by Seller or Buyer. May be used for Multiple Counter Offer. (C.A.R. Form CO, Revised 11/10) This is a counter offer to the: dated between 1. Date

### Microsoft Word - MATERIAL TESTING LAB-414

MATERIAL TESTING LABORAT ARY MANUAL CIVIL ENGINEERING SUB CODE414 CONTE NTS ___ S.NO TI TLE PG.NO ___ 1. Rockwell Hardness test 2. Brine l hardness

### G n GoewermentskennisGewinGs

Reproduced by Sabinet Online in terms of Government Printers Copyright Authority No. 10505 dated 02 February 1998 4 No. 39028 GOVERNM ENT GAZETTE, 27

### Lake Erie Regional Grape Program 2015 Grape Growers' Conference

Lake Erie Regional Grape Program 2015 Grape Growers Conference 2014 Trade Show Participant Registration Form for Monday, March 16, 2015 Deadline for registration:

### PERSONNEL SERVICES Form 41202 Employment Request for

PERSONNEL SERVICES Form 4120.2 Employ ent Request for Criminal Record/Child Abuse or Neglect Check The copy of the Missouri Highway Patrol/DFS request

---

| PDFfiller | Forms Library | Functions & Features | Support | Follow Us |
|---|---|---|---|---|
| ABOUT US | TOP 100 FORMS | EDIT PDFS ONLINE | FAQ | Tweet |
| BLOG | A-Z LISTING OF FORMS | LINKTOFILL | TUTORIAL VIDEOS | |
| CAREER | FORMS CATEGORIES | SENDTOSIGN | SERVICES | Like 6,7K |
| WHITEPAPER | PDF SEARCH ENGINE | | GUIDEBOOK | |
| CONTACT US | | Comparison | NEWSLETTERS | © 2006-2016 PDFfiller Inc. All rights reserved. |
| TERMS OF SERVICE | Online & Mobile App | ADOBE ACROBAT ALTERNATIVE | | |
| PRIVACY POLICY | | DOCSTOC IS SHUTTING DOWN | | |
| API | GOOGLE APPLICATION | | | |
| GUIDES | IOS APPLICATION | Industry Solutions | | |

5/23/2016 2014 Form CA RPA-CA Fill Online, Printable, Fillable, Blank - PDFfiller

Case 1:16-cv-11021-IT Document 1-4 Filed 06/02/16 Page 4 of 4

USER REVIEWS
K12 PAGES
ANDROID APPLICATION
PAPERLESS INDUSTRY WORKFLOWS