# EXHIBIT D



California residential purchase agreement    Sign in

All   News   Images   Videos   Shopping   More ▾   Search tools

About 4,390,000 results (0.64 seconds)

### Fillable CAR Form RIPA - Download, fax, print or fill online
Ad www.pdffiller.com/ ▾
4.0 ★★★★ rating for pdffiller.com
C.A.R. RIPA & more. Subscribe Now!
Fast, Easy & Secure · Trusted By Millions · Cancel Anytime · Edit On Any Device

Fill PDF Forms        Online PDF Editor
Type On PDF Forms      Write On PDF Forms

### [PDF] Residential Purchase Agreement - California Association of Realtors
www.car.org/.../RPA_11-14_Draft11(Web_Post).pd... ▾ California Association of Realtors ▾
CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT (RPA-CA PAGE 1 OF 10). CALIFORNIA. ASSOCIATION. OF REALTORS®. RPA-CA REVISED 11/14 ...

### The Transaction from End to End - California Association of Realtors
www.car.org › ... › For Consumers > › Buying > ▾ California Association of Realtors ▾
Now that you've found the perfect home, it's time to get the deal rolling. You'll need to sign a **residential purchase agreement**, make an offer, possibly put down a ...

### Your Guide to the RPA - California Association of Realtors
www.car.org › ... › Professional Development > ▾ California Association of Realtors ▾
New Residential Purchase (RPA) form is coming November 2014! ... to the **California Residential Purchase Agreement** (RPA) and Related Forms" publication.

### Ca residential purchase agreement 2014 form - PDFfiller
www.pdffiller.com › ... › Los Angeles Metro › Real Estate › Organizations ▾
Fill Car form rpa ca 2014 instantly, download blank or editable online. ... Print Date CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT RPA-CA PAGE 1 OF ...

### [PDF] california residential purchase agreement and joint escrow instructions
https://hunterplescia.files.wordpress.com/2009/04/rpa.pdf ▾
RPA-CA REVISED 4/10 (PAGE 1 OF 8). CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT (RPA-CA PAGE 1 OF 8). Reviewed by. Date. Buyer's Initials (. ) ...

### Is it true that you need to have a real estate license in ...
https://www.biggerpockets.com/.../80626-is-it-true-that-you-need-to-have-a-**real-estat**... ▾
Dec 29, 2012 - I just googled **ca real estate purchase contract** and there are several for sale and some that are free. By the way, your actual question was "do you need a ...

| California Residential Purchase Agreement Disclosures | Mar 25, 2016 |
| --- | --- |
| California Residential Purchase Agreement | Jun 5, 2014 |

More results from www.biggerpockets.com

### [PDF] Your Guide to the California Residential Purchase Agreement
images.kw.com/docs/3/.../1329755697058_**residential_purchase_agreement**_guide.pd... ▾
**Residential Purchase Agreement** and Joint Escrow Instructions (RPA-**CA**) and related addenda. The new **purchase agreement** and related addenda contain the.

### [PDF] Residential Purchase Agreement.pdf - REALTECH Real Estate
realtechre.com/forms/**Residential**%20**Purchase**%20**Agreement**.pdf ▾
RESIDENTIAL PURCHASE AGREEMENT (RPA-11 PAGE 1 OF 8) ..... DATA BASE DISCLOSURE: NOTICE: The **California** Department of Justice, sheriff's ...

### New Changes to the California Residential Purchase Agreement ...

https://www.youtube.com/watch?v=GeHg1QBtMIo ▾
Jan 5, 2015 - Uploaded by ClarkSellsHomes | Clark Hill Realtor® | Northridge, CA
Today we go through some of the biggest changes in the **residential purchase agreement** in 2015. It is ...
▶ 2:14

### California Residential Purchase Agreement - The new RPA 2014 ...

https://www.youtube.com/watch?v=QDgdPb7l5qc ▾
Sep 5, 2014 - Uploaded by John McConnin
**California Residential Purchase Agreement** - The new RPA 2014 First look by an attorney / realtor.
▶ 22:41

### California Purchase Forms
Ad www.cabusinessforms.com/ ▼
California purchase agreement for buying & selling real estate.

### Real Estate Purchase Form - Create, Download, & Print for Free
Ad www.legalnature.com/purchaseagreement ▼
4.6 ★★★★★ rating for legalnature.com
Easy to Use and State Specific.

### Real Estate Purchase Form - Free to Download, Edit and Print
Ad onlineforms.lawdepot.com/ ▼
Real Estate Purchase Agreement Form
100% Quality Guaranteed · Over 10 Years in Business · Trusted Legal Forms

---

Searches related to california residential purchase agreement

california residential purchase agreement **2014**

california residential purchase agreement **for sale by owner**

california residential purchase agreement **download free**

california residential purchase agreement **explained**

california residential purchase agreement **and joint escrow instructions**

california residential purchase agreement **and joint escrow instructions (rpa-ca)**

california residential purchase agreement **fillable**

california residential purchase agreement **2011**

1 2 3 4 5 6 7 8 9 10    Next

---

Boston, MA - From your search history - Use precise location - Learn more

Help    Send feedback    Privacy    Terms