# EXHIBIT E



California association of realtors residential purchase agreement

Sign in

All    News    Images    Shopping    Videos    More ▾    Search tools

About 123,000 results (0.54 seconds)

### CA Fillable RPA-CA, 11/14 - Download, fax, print or fill online
Ad www.pdffiller.com/ ▾
4.0 ★★★★☆ rating for pdffiller.com
RPA-CA & more, subscribe now
Trusted By Millions · Fast, Easy & Secure · Cancel Anytime · 24/7 Tech Support

Edit PDF Forms      Fill PDF Forms
Write On PDF Forms      Sign PDF Forms

### [PDF] Residential Purchase Agreement - California Association of Realtors
www.car.org/.../RPA_11-14_Draft11(Web_Post).pd... ▾ California Association of Realtors ▾
CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT (RPA-CA PAGE 1 OF 10) ... of a "Disclosure Regarding **Real Estate** Agency Relationships" (C.A.R..

### Standard Forms - California Association of Realtors
www.car.org/legal/standard-forms/ ▾ California Association of Realtors ▾
Developed by practicing **real estate** professionals and attorneys working closely with the C.A.R. Legal Department, C.A.R. standard forms are dependable **real** ...
New Forms and Revisions · Guides · CAR Business Products · Print On Demand

### The Transaction from End to End - California Association of Realtors
www.car.org › ... › For Consumers > › Buying > ▾ California Association of Realtors ▾
Now that you've found the perfect home, it's time to get the deal rolling. You'll need to sign a **residential purchase agreement**, make an offer, possibly put down a ...

### Your Guide to the RPA - California Association of Realtors
www.car.org › ... › Professional Development > ▾ California Association of Realtors ▾
New **Residential** Purchase (RPA) form is coming November 2014! ... to the **California Residential Purchase Agreement** (RPA) and Related Forms" publication.

### Ca residential purchase agreement 2014 form - PDFfiller
www.pdffiller.com › ... › Los Angeles Metro › Real Estate › Organizations ▾
Buyer s Initials Seller s Initials 1991-2014 **California Association of REALTORS** Inc. RPA-**CA** REVISED 11/14 PAGE 1 OF 10 Print Date CALIFORNIA ...

### [PDF] california residential purchase agreement and joint escrow instructions
https://hunterplescia.files.wordpress.com/2009/04/rpa.pdf ▾
CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT (RPA-**CA** PAGE 1 OF 8). Reviewed by ...... a subsidiary of the C**alifornia Association of REALTORS**®.

### Is it true that you need to have a real estate license in ...
https://www.biggerpockets.com/.../80626-is-it-true-that-you-need-to-have-a-**real-estat**... ▾
I just googled **ca real estate purchase contract** and there are several for sale ... In NC, it's a similar deal in that the NC bar and NC **realtors association** put out ...

### [PDF] Residential Purchase Agreement.pdf - REALTECH Real Estate
realtechre.com/forms/**Residential**%20**Purchase**%20**Agreement**.pdf ▾
C A L I F O R N I A. A S S O C I A T I O N. O F R E A L T O R S ®. RESIDENTIAL PURCHASE AGREEMENT. AND JOINT ESCROW INSTRUCTIONS.

### [PDF] Your Guide to the California Residential Purchase Agreement
images.kw.com/docs/3/.../1329755697058_**residential_purchase_agreement**_guide.pd... ▾
**Residential Purchase Agreement** and Joint Escrow Instructions (RPA-**CA**) and related addenda. The new ... ASSOCIATION OF REALTORS. Endorsement not ...

### [PDF] Completed Sample of the California Real Estate Contract
www.the**realestatecontract**.com/formfiles/1392776611SF45893.pdf ▾
CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT (RPA-**CA** PAGE 1 OF 8) ... (3) [j Buyer E] Seller shall pay Homeowner's **Association** ("HOA") transfée.

Searches related to California association of realtors residential purchase agreement

california association of realtors residential purchase agreement **and joint escrow instructions**

california association of realtors residential purchase agreement **pdf**

california **board** of realtors **forms**

**free** california association of realtors residential purchase agreement

california association of realtors residential **lease** agreement

california association of realtors residential **lease** agreement **4/11**

california association of realtors residential **lease** agreement **2015**

california association of realtors residential **lease** agreement **revised 11/12**

1  2  3  4  5  6  7  8  9  10        Next

Boston, MA - From your search history - Use precise location - Learn more

Help    Send feedback    Privacy    Terms