# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF REALTORS, INC., <br><br> Plaintiff <br><br> V. <br><br> PDFFILLER, INC., VADIM YASINOVSKY, AND BORIS SHAKHNOVICH <br><br> Defendants | Civil Action No. 1:16-cv-11021 |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 AND LOCAL RULE 7.3

The plaintiff, California Association of Realtors, Inc., pursuant to Fed.R.Civ.P. 7.1 and Local Rule 7.3, hereby states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: June 3, 2016
CALIFORNIA ASSOCIATION OF REALTORS, INC.

By its Attorneys,

/s/ Tony K. Lu
William M. Gantz (BBO # 568429)
Tony K. Lu (BBO # 678791)
DENTONS US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
617-235-6800 (tel)
617-235-6899 (fax)
Bill.gantz@dentons.com
Tony.lu@dentons.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2016, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of this filing to all registered participants and paper copies will be send to those indicated as non-registered participants.

      /s/Tony K. Lu
      Tony K. Lu