AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 1:16-cv-11021 | DATE FILED 6/2/2016 | District of Massachusetts (Eastern Division)<br>Boston, Massachusetts |

| PLAINTIFF | DEFENDANT |
|---|---|
| California Association of Realtors, Inc. | PDFfiller, Inc., Boris Shakhnovich, Vadim Yasinovsky |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 Please see attached. | Please see attached. | Please see attached. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR
APPEAL REGARDING A COPYRIGHT

| Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|
| 1  TX 7-403-407 | Agent Visual Inspection Disclosure | California Association of Realtors, Inc. |
| 2  TX 6-942-259 | Agent Visual Inspection Disclosure | California Association of Realtors, Inc. |
| 3  TX 7-786-037 | Business Listing Agreement | California Association of Realtors, Inc. |
| 4  TX 6-579-410 | Buyer's Inspection Advisory | California Association of Realtors, Inc. |
| 5  TX 7-845-687 | Buyer's Vacant Land Additional Inspection Advisory | California Association of Realtors, Inc. |
| 6  TX 8-069-930 | California Residential Purchase Agreement and Joint Escrow Instructions | California Association of Realtors, Inc. |
| 7  TX 7-786-036 | California Residential Purchase Agreement and Joint Escrow Instructions | California Association of Realtors, Inc. |
| 8  TX 5-689-721 | California Residential Purchase Agreement and Joint Escrow Instructions | California Association of Realtors, Inc. |
| 9  TX 7-272-887 | California Residential Purchase Agreement and Joint Escrow Instructions | California Association of Realtors, Inc. |
| 10 TX 6-358-506 | California Residential Purchase Agreement and Joint Escrow Instructions | California Association of Realtors, Inc. |
| 11 TX 7-707-089 | Carbon Monoxide Detector Notice | California Association of Realtors, Inc. |
| 12 TX 7-249-669 | Cash for Keys Agreement | California Association of Realtors, Inc. |
| 13 TX 5-559-030 | Commercial Lease Agreement | California Association of Realtors, Inc. |
| 14 TX 8-069-918 | Commercial Property Agreement and Joint Escrow Instructions | California Association of Realtors, Inc. |
| 15 TX 7-281-600 | Commercial Property Agreement and Joint Escrow Instructions | California Association of Realtors, Inc. |
| 16 TX 7-308-227 | Contingency For Sale or Purchase of Other Property | California Association of Realtors, Inc. |
| 17 TX 7-393-197 | Cooperating Broker Compensation Agreement and Escrow Instructions | California Association of Realtors, Inc. |
| 18 TX 7-389-924 | Counter Offer | California Association of Realtors, Inc. |
| 19 TX 6-122-838 | Counter Offer | California Association of Realtors, Inc. |
| 20 TX 5-640-198 | Exclusive Authorization | California Association of |

|  |  | For Vacation Rental | Realtors, Inc. |
|---|---|---|---|
| 21 | TX 7-973-898 | Independent Contractor Agreement (Between Broker and Associate-Licensee) | California Association of Realtors, Inc. |
| 22 | TX- 7-704-906 | Lease Listing Agreement | California Association of Realtors, Inc. |
| 23 | TX 8-132-741 | Lease/ Rental Mold and Ventilation Addendum | California Association of Realtors, Inc. |
| 24 | TX 7-308-346 | Manufactured Home Purchase Agreement and Joint Escrow Instructions | California Association of Realtors, Inc. |
| 25 | TX 7-569-691 | Market Conditions Advisory | California Association of Realtors, Inc. |
| 26 | TX 6-981-030 | Notice of Termination of Tenancy | California Association of Realtors, Inc. |
| 27 | TX 7-755-366 | Notice of Termination of Tenancy | California Association of Realtors, Inc. |
| 28 | TX 7-308-306 | Notice of Prospective Buyers/Transferees | California Association of Realtors, Inc. |
| 29 | TX 7-845-678 | Pet Addendum | California Association of Realtors, Inc. |
| 30 | TX 7-845-676 | Pool, Hot Tub and Spa Addendum | California Association of Realtors, Inc. |
| 31 | TX 6-347-182 | Probate Purchase Agreement and Joint Escrow Instructions | California Association of Realtors, Inc. |
| 32 | TX 7-755-432 | Property Management Agreement | California Association of Realtors, Inc. |
| 33 | TX 7-533-730 | Property Management Agreement | California Association of Realtors, Inc. |
| 34 | TX 7-390-574 | Residential Income Property Purchase Agreement and Joint Escrow Instructions | California Association of Realtors, Inc. |
| 35 | TX 6-375-751 | Residential Lease After Sale | California Association of Realtors, Inc. |
| 36 | TX 7-936-591 | Residential Lease or Month-to-Month Rental Agreement | California Association of Realtors, Inc. |
| 37 | TX 7-533-721 | Residential Lease or Month-to-Month Rental Agreement | California Association of Realtors, Inc. |
| 38 | TX 6-375-753 | Residential Lease or Month-to-Month Rental Agreement | California Association of Realtors, Inc. |
| 39 | TX 7-703-668 | Residential Lease or Month-to-Month Rental Agreement | California Association of Realtors, Inc. |
| 40 | TX 7-784-291 | Residential Listing Agreement (Exclusive Authorization and Right To Sell) | California Association of Realtors, Inc. |

| | | |
|---|---|---|
| 41 TX 8-049-157 | Residential Listing Agreement (Agency) | California Association of Realtors, Inc. |
| 42 TX 6-158-883 | Residential Lease or Month-to-Month Rental Agreement | California Association of Realtors, Inc. |
| 43 TX 5-759-266 | Seller Financing Addendum and Disclosure | California Association of Realtors, Inc. |
| 44 TX 7-661-388 | Seller Property Questionnaire | California Association of Realtors, Inc. |
| 45 TX 7-324-103 | Seller Property Questionnaire | California Association of Realtors, Inc. |
| 46 TX 7-579-718 | Seller's Advisory | California Association of Realtors, Inc. |
| 47 TX 8-050-339 | Seller's Affidavit of Non-Foreign Status and/or California Withholding Exemption | California Association of Realtors, Inc. |
| 48 TX 5-450-919 | Single Party Compensation Agreement | California Association of Realtors, Inc. |
| 49 TX 7-219-428 | Trust Advisory | California Association of Realtors, Inc. |
| 50 TX 7-604-056 | Trust Advisory (Listing) | California Association of Realtors, Inc. |
| 51 TX 6-353-426 | Vacation Rental Agreement | California Association of Realtors, Inc. |
| 52 TX 6-911-992 | Water Heater and Smoke Detector Statement of Compliance | California Association of Realtors, Inc. |
| 53 TX 7-358-109 | Water Heater and Smoke Detector Statement of Compliance | California Association of Realtors, Inc. |
| 54 TX 7-692-097 | Wood destroying Pest Inspection and Allocation of Cost Addendum | California Association of Realtors, Inc. |
| 55 TX 7-270-293 | Wood Destroying Pest Inspection and Allocation of Cost Addendum | California Association of Realtors, Inc. |

99580611

## CERTIFICATE OF SERVICE

   I hereby certify that on June 14, 2016, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of this filing to all registered participants and paper copies will be send to those indicated as non-registered participants.

                   /s/Tony K. Lu
                   Tony K. Lu