# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF REALTORS, INC., <br><br> Plaintiff, <br> vs. <br> PDFFILLER, INC., VADIM YASINOVSKY, AND BORIS SHAKHNOVICH, <br><br> Defendants. | C.A. No. 1:16-cv-11021 |

## **DEFENDANT PDFFILLER, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1(a) and Local Rule 7.3(A), Defendant PDFfiller, Inc., by and through its undersigned attorneys, states that it has no parent corporation and that no publicly-held corporation owns more than 10% of its stock.

Dated: June 22, 2016                    Respectfully submitted,

  /s/ *Michael G. Strapp*
Michael G. Strapp
BBO # 653884
Maya P. Choksi
BBO # 679861
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6031
Facsimile: 617.406.6100
michael.strapp@dlapiper.com
maya.choksi@dlapiper.com

**OF COUNSEL**:
Tamar Y. Duvdevani
(*pro hac vice to be filed*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: 212.335.4799
Facsimile: 212.778.8799
tamar.duvdevani@dlapiper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 22, 2016.

*/s/Michael G. Strapp*
Michael G. Strapp

EAST\125389041.1