**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF REALTORS, INC.,<br>Plaintiff,<br>vs.<br>PDFFILLER, INC., VADIM YASINOVSKY, AND BORIS SHAKHNOVICH,<br>Defendants. | C.A. No. 1:16-cv-11021 |
| PDFFILLER, INC.,<br>Counterclaim/Third-Party Plaintiff,<br>v.<br>CALIFORNIA ASSOCIATION OF REALTORS, INC.,<br>Counterclaim-Defendant,<br>and<br>REAL ESTATE BUSINESS SERVICES, INC. AND RE FORMSNET, LLC D/B/A ZIPLOGIX™<br>Third-Party Defendants. | |

**MOTION TO PERMIT COUNSEL TO APPEAR *PRO HAC VICE***

Defendants, PDFfiller, Inc., Vadim Yasinovsky, and Boris Shakhnovich, by their counsel, Michael Strapp, a member of the Bar of the Commonwealth of Massachusetts and a partner with the law firm of DLA Piper LLP (US), move for admission *pro hac vice* of Peter Couto.

In support of this motion, Defendants attach as Exhibit A an Affidavit of Michael Strapp in Support of Defendants' Motion to Permit Counsel to Appear *Pro Hac Vice*. Attached as Exhibit B is the Affidavit of Peter Couto, in Support of Admission *Pro Hac Vice*, certifying, pursuant to Local Rule 83.5.3, that: (1) he is a member of the bar in good standing in every

jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar of any jurisdiction; and (3) he is familiar with the Local Rules governing the United States District Court for the District of Massachusetts.

FOR THESE REASONS, the undersigned respectfully requests that the Court grant this motion and permit Peter Couto to appear *pro hac vice* as counsel for Defendants in this action.

Dated: April 5, 2017

Respectfully submitted,

PDFfiller, Inc., Boris Shakhnovich,
and Vadim Yasinovsky

By their Attorneys,

*/s/ Michael G. Strapp*

Michael G. Strapp
BBO # 653884
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6031
Facsimile: 617.406.6100
michael.strapp@dlapiper.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 5th day of April, 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5.4(C). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/Michael G. Strapp*
Michael G. Strapp