# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF REALTORS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PDFFILLER, INC., VADIM YASINOVSKY, AND BORIS SHAKHNOVICH,<br><br>Defendants. | C.A. No. 1:16-cv-11021 |
| PDFFILLER, INC.,<br><br>Counterclaim/Third-Party Plaintiff,<br><br>v.<br><br>CALIFORNIA ASSOCIATION OF REALTORS, INC.,<br><br>Counterclaim-Defendant,<br><br>and<br><br>REAL ESTATE BUSINESS SERVICES, INC. AND RE FORMSNET, LLC D/B/A ZIPLOGIX™<br><br>Third-Party Defendants. | |

**AFFIDAVIT OF MICHAEL STRAPP**
**IN SUPPORT OF ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), I, Michael Strapp , hereby states as follows:

1. I am a partner with the law firm of DLA Piper LLP (US). I have filed an appearance as counsel of record for the Defendants on June 22, 2016. I make the following statements based upon my personal knowledge.

2. I am currently admitted to practice law in the Commonwealth of Massachusetts and am a member of good standing with the Supreme Court of Massachusetts. I am a member in good standing of every jurisdiction to which I have been admitted to practice. I have never been denied admission to the courts of any state or in any federal court to which I have applied.

3. Peter Couto is an associate with the law firm of DLA Piper LLP (US), with an office located at 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-1104.

4. Peter Couto is a member in good standing of the bar of the State of New York.

5. As set forth in the accompanying affidavit, Mr. Couto states that he is not under suspension or disbarment by any court, nor are there any pending disciplinary proceedings against him in any state or federal court. *See* Affidavit of Peter Couto, attached as Exhibit B.

6. Mr. Couto states in his accompanying affidavit that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. A Filing fee payment of $100.00 is being submitted through CM/ECF.

Dated: April 5, 2017

Respectfully submitted,

PDFfiller, Inc., Boris Shakhnovich,
and Vadim Yasinovsky

By their Attorneys,

*/s/ Michael G. Strapp*

Michael G. Strapp
BBO # 653884
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6031
Facsimile: 617.406.6100
michael.strapp@dlapiper.com