# Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF REALTORS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PDFFILLER, INC., VADIM YASINOVSKY, AND BORIS SHAKHNOVICH,<br><br>Defendants. | C.A. No. 1:16-cv-11021 |
| PDFFILLER, INC.,<br><br>Counterclaim/Third-Party Plaintiff,<br><br>v.<br><br>CALIFORNIA ASSOCIATION OF REALTORS, INC.,<br><br>Counterclaim-Defendant,<br><br>and<br><br>REAL ESTATE BUSINESS SERVICES, INC. AND RE FORMSNET, LLC D/B/A ZIPLOGIX™<br><br>Third-Party Defendants. | |

**AFFIDAVIT OF PETER JOHN COUTO**
**IN SUPPORT OF ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b) of the Rules for the United States District Court for the District of Massachusetts, I, Peter John Couto, under oath do hereby depose and state as follows:

1. I respectfully submit this affidavit in support of Defendants' Motion to this Court for admission *pro hac vice* in the above-captioned action. I make the following statements based upon my personal knowledge.

2. I am a practicing attorney, associated with the law firm of DLA Piper LLP (US), with an office located at 1251 Avenue of the Americas, 27th Floor, New York, NY 10020.

3. I am a member in good standing of the bar of the State of New York.

4. I am not under suspension or disbarment by any court, nor are there any pending disciplinary proceedings against me in any state or federal court.

5. I have reviewed the Local Rules governing the United States District Court for the District of Massachusetts and shall comply with all said rules, including all disciplinary rules.

WHEREFORE, I respectfully request that I be admitted *pro hac vice* to represent the Defendants in the above-captioned action in this Court.

Signed under the pains and penalties of perjury this 4th day of April, 2017.

Peter John Couto