**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF REALTORS, INC.,<br>Plaintiff,<br>vs.<br>PDFFILLER, INC., VADIM YASINOVSKY, AND BORIS SHAKHNOVICH,<br>Defendants. | C.A. No. 1:16-cv-11021 |
| PDFFILLER, INC.<br>Counterclaim/Third-Party Plaintiff,<br>vs.<br>CALIFORNIA ASSOCIATION OF REALTORS, INC.<br>Counterclaim-Defendant,<br>and<br>REAL ESTATE BUSINESS SERVICES, INC. and RE FORMSNET LLC D/B/A ZIPLOGIX, LLC<br>Third-Party Defendants. | |

**UNOPPOSED MOTION FOR**
**LEAVE TO FILE SUR-REPLY BRIEF IN OPPOSITION TO MOTION TO DISMISS AMENDED COUNTERCLAIMS AND AMENDED THIRD-PARTY COMPLAINT**

Pursuant to Local Rule 7.1(b)(3), Counterclaim/Third-Party Plaintiff, PDFfiller, Inc. ("PDFfiller"), respectfully seeks leave to file a short sur-reply brief – attached hereto as Exhibit A – in opposition to the Counterclaim Defendant and Third-Party Defendants' motion to dismiss (ECF No. 121), and in response to their reply brief (ECF No. 127). In support of this motion, PDFfiller states that its sur-reply is narrowly tailored to address the arguments raised in the reply

brief, and that this additional briefing will assist the court in resolving the motion to dismiss.

None of the Counterclaim- or Third-Party Defendants oppose this motion for leave.

Dated: May 17, 2017

Respectfully submitted,

*/s/ Michael G. Strapp*

Michael G. Strapp (BBO #653884)
**DLA Piper LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6031
Facsimile: 617.406.6100
michael.strapp@dlapiper.com

Paolo Morante (admitted *pro hac vice*)
paolo.morante@dlapiper.com
Peter J. Couto (admitted *pro hac vice*)
peter.couto@dlapiper.com
Adam I. Steene (admitted *pro hac vice*)
adam.steene@dlapiper.com
**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: 212.335.4500
Facsimile: 212-335-4501

*Attorneys for Defendants and Counterclaim/Third-Party Plaintiff*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that counsel for the parties have conferred, and that no party opposes this motion.

/s/ Michael G. Strapp
Michael G. Strapp

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 17, 2017.

/s/ Michael G. Strapp
Michael G. Strapp