UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CALIFORNIA ASSOCIATION OF REALTORS, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 16-cv-11021-IT |
| PDFFILLER, INC., VADIM YASINOVSKY, and BORIS SHAKHNOVICH, | * * * * | |
| Defendants. | * * | |
| PDFFILLER, INC., | * * | |
| Counterclaim Plaintiff, | * * * | |
| v. | * * | |
| CALIFORNIA ASSOCIATION OF REALTORS, INC., REAL ESTATE BUSINESS SERVICES, INC. and RE FORMSNET LLC d/b/a ZIPLOGIX, LLC, | * * * * * * | |
| Counterclaim Defendants. | * | |

ORDER

TALWANI, D.J.

After reviewing the Magistrate Judge's March 2, 2018, Report and Recommendation [#263], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#263] for the reasons set forth therein. California Association of Realtors, Inc.'s Motion to Dismiss Amended Counterclaims and Third Party Complaint of

PDFFiller, Inc. [#121] is DENIED and Defendants' Partial Motion for Judgment on the Pleadings [#141] is DENIED.

Date:   March 19, 2018                              /s/ Indira Talwani
                                                    United States District Judge